UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN R. SAUERBRY,

    Plaintiff(s),

v.                                    CASE NO: 8:14-CV-2798-T-30TGW

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant(s).
_____/

**ORDER**

THIS CAUSE comes before the Court upon the Unopposed Motion for Entry of Judgment With Remand (Dkt. #19). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The Unopposed Motion for Entry of Judgment With Remand (Dkt. #19) is **GRANTED**.

2. The decision of the Commissioner of Social Security is REVERSED and REMANDED under sentence four of 42 U.S.C. § 405(g) for further action.

3. The Clerk is directed to CLOSE this file and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on June 12, 2015.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

*S:\Even\2014\14-cv-2798 remand 19.wpd*